### WALDRON agt HENDERSON

Jsaac Waldron plaint. ag$^t$ William Henderson of Dover Def$^t$ in an action of the case for that the said Henderson hath not recalked graved fitted & compleated a Ship about One hundred twenty and Seven tons to the Sea with all Carpenters worke whatsoever w$^{th}$ all possible Speed according to his obligation bearing date the. 7th of January Ann$^o$ Dmn 1677. whereby the s$^d$ Waldron or his Emploiers are damnified One hundred and Fifty pounds or thereabouts in Silver, w$^{ch}$ shall appeare with all other due damages &c. . . . The Jury . . . found for the Defend$^t$ costs of Court grant$^d$ thirty Shillings & eight pence: The plaint. Appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants and gave Security for the prosecution thereof to Effect.

[ By bill of sale dated 7 January 1677/78 (S. F. 1734.5), William Henderson sold to Isaac Waldron for account of Samuel Wiggins of London, merchant, three quarter parts of the ship Primrose, 127 tons burthen, for the sum of 307$l$ 10$s$. On the same date he signed the following obligation:

### S. F. 1734.7

Whereas J William Henderson of Dover in New-England Ship-wright have built for Jsaac Waldron of Boston in New-England aboves$^d$ Physitian & his order the hull or body of a Ship or Vessell of burden about One hundred and twenty Seven tons now lying in the River of Piscataqua, and am obliged to recalke grave and everyway to fit and compleate the s$^d$ Ship to the Sea with all Ship Carpenters worke whatsoever: J the s$^d$ Henderson do hereby oblige my Selfe heires Exec$^{rs}$ and Adm$^{rs}$ that J will with all possible Speed do and finish the s$^d$ workes or cause them to be done and finished to the compleate fitting the s$^d$ Ship to the Sea as afores$^d$ and in case the s$^d$ Ship shalbee hindred or any waies staied through my default for want of any of the s$^d$ workes being done unto her, J do hereby promiss and engage to pay and Satisfy the s$^d$ Jsaac Waldron his Correspondants Emploiers or Assignes all such just damages as hee or they shall Sustein by reason of the Ships lying for want of the s$^d$ worke. Jn Witness whereof J have hereunto put my hand & Seale this Seventh day of January Ann$^o$ Dm 1677 @

W$^m$ Henderson a Seale

Signed Sealed & Deliu$^{rd}$ in pu$^r$sence of us.
Nathal: Byfeild
Js$^a$ Addington.

### S. F. 1734.6

By this publick Jnstrument of Protest, Bee it known and manifest unto all People that on the Eigth day of February in the yeare of our Lord One thousand Six hundred Seventy Seven Stilo Angliæ. Before me Robert Howard dwelling in Boston sole Notary and Tabellion publick by Authority of the Generall Court of the said Colony admitted and Sworn Appeared Jsaac Waldron of Boston afores$^d$ Physitian and desired me the s$^d$ Notary to protest against William Hinder-

son of Dover in New-England Shipwright, For that whereas hee the s$^d$ William Hinderson by Obligation under his hand & Seale bearing date the Seventh day of January One thousand Six hundred Seventy Seven did contract and oblige himselfe his heires Exec$^{rs}$ and Adm$^{rs}$ unto the s$^d$ Jsaac Waldron forthwith or with all possible Speed to recalke grave & every way to fit and compleate, a Ship or Vessell to Sea burthen about One hundred twenty and Seven tons now lying in the River of Piscataqua with all Ship Carpenters whatsoever to bee done unto s$^d$ Ship to and for the use of s$^d$ Jsaac Waldron his Correspondents Jmployers or Assignes according to the tenour of s$^d$ bond shewed to me the s$^d$ Notary: Now hee the s$^d$ Jsaac Waldron desired me the s$^d$ Notary to protest against the s$^d$ William Hinderson, For that hee the s$^d$ William Hinderson hath not recalked nor graved nor fitted the s$^d$ Ship with a Capstan & Windlice & Boate and many other things in fitting the s$^d$ Ship to Sea with such Expedition and possible Speed, according as is expressed & manifested in s$^d$ recited Obligation as by the same Obligation reference thereunto being had will more fully appeare: Wherefore J the s$^d$ Notary according to the instance and request afores$^d$ in behalfe of the s$^d$ Jsaac Waldron the Appearer and parties therein concerned as afores$^d$ J do hereby solemnly protest against him the s$^d$ William Hinderson Shipwright for all breach of the s$^d$ Covenant, Contracts & Agreements by him to bee performed & kept contained in s$^d$ recited Obligation according to the true intent and meaning thereof, and thereby for all Losses charges hazards detriments disappointments & damages whatsoever at present Suffered or that hereafter the s$^d$ Waldron &c. shall or may Suffer or Sustain to bee all recovered against him the s$^d$ William Hinderson Shipwright his goods & Estate in time and place convenient: This was thus done & protested according to the Custom of the s$^d$ Mattachusetts Jur[is]diction in the publick Office of me the s$^d$ Notary [in] Boston afores$^d$ the s$^d$ Eigth day of February 167[7] in pu$^r$sence of John Morse and Paul Batt Jnhabitants in s$^d$ Boston being Witnesses hereunto called [and] requested.

Quod virtute Officij mei attestor

Robert Howard Not: publ. prædict.

This protest is Recorded in the 163. & .164. page of the s$^d$ Notary Records per pu$^r$d$^t$ Ro: Howard: N: P:

J the abovewritten Notary (besides what is already done in point of protest as is aboves$^d$) do hereby order appoint and depute William Waldron to publish the same to himselfe, if not out of the way or at his house or at the s$^d$ Ship or Vessell.

This protest was published and read onboard the Ship within mentioned and also to m$^r$ Henderson himselfe, sometime in February last past, J also left a Note at his house J had from m$^r$ Howard which was to give him notice of this protest also.

per me Will. Waldron

. . . true Coppie . . . Js$^n$ Addington Cler

S. F. 1734.9

The Deposition of Derrick Addams aged about 36 yeares Testifyeth & Saith,

That he being Boatswaine of the new ship built at Dover, by William Henderson, in the yeare 1677 This deponent did worke Sundry days on board the s$^d$ Ship, being Shipped by m$^r$ Jsaac Waldron and that the Said Ship now Called the

Primrose, was not afloate but remained on the Sands neere the Towne of Dover, untill Richard Rich & by his meanes, and by our Endeauors, the S$^d$ Ship was Sometime in the monthe of February last past Carryed out into the river, and that vntill that time, the Ship was not afloate or Swimming, and further this deponent Saith not

Joseph Hasy, carpenter, added his testimony in part as follows (S. F. 1734.12):

... that if m$^r$ Hinderson had been willing hee might have been daily forwarding the worke ever since the .7th of January aboves$^d$ to this day, being yet much Carpenters worke to bee done before Shee is fit for Sea Viz$^t$ calking up the port-holes, recalking the deck placeing the Capstan as it should bee, a Ladder to Set to the Scuttle to go down between decks and placeing timbers to stow the Boate upon deck and much other worke that the s$^d$ Hinderson or Builder ought to have done; which J am yet daily imployed to do being imployed by m$^r$ Waldron: And J further testify that on the Seventh day of January last past the Ship abovesaid wanted a Boate, recalking graving capstain windlice top mast top mast yards, tiller transome and much other Carpenters worke that the Builder ought to have done, and that J Joseph Hasey by m$^r$ Waldrons order have worked on the s$^d$ Ship in making or mending and Setting the Boate sprite, Cheekes for the Chimneys fitting and setting the Mison mast, plaineing and Cleeting the maine yard maine top saile yard, maine topmasts, the drawing and plaining and cleeting the fore yard the fore top saile yard and fore topmast, graveing two sides drawing and plaining the mizon yard mizon topsaile yard cross jack yard, mizon top mast calking between the wales fitting the sprittle yards and top mast, forelocking of bolts, the making the bulkhead in the Lazareta, the pump case the Loading port, the Setting of the pump and much other worke that the s$^d$ Henderson ought to have done about which worke J spent thirty five dayes after the rate of three Shillings and Six pence per day in Silver as m$^r$ Waldron payes to other Carpenters it comes to Six pounds two Shillings and Sixpence part of which J have receiv$^d$ of s$^d$ Waldron already, and doubt not but shall have the remainder to my Satis-faction after J have finished the Carpenters worke which J am daily about, and which worke m$^r$ Hinderson or builder ought to do or cause to bee done; but the said Henderson absented himselfe and would not, and J do really beleive that if m$^r$ Waldron had not imployed hands to do the Carpenters worke to s$^d$ Ship, Shee might have spent the Own$^{rs}$ by wages and provisions for Seamen and other Charges more then Shee is worth before m$^r$ Henderson would have fitted her with all Carpent$^{rs}$ worke fitting for the Seas

Gr$^t$ Jsland the .22$^d$ April. 1678. Joseph Hasey came and made oath to the truth of the within written Before me

Elias Stileman Commiss$^r$

Considerable additional testimony as to Henderson's neglect is in S. F. 1734.5. The Court of Assistants (Records, i. 119–20) confirmed the former judgment with 53$s$ 8$d$ costs. But Waldron had to sue Henderson twice again, in the July sessions of 1678 and 1679; see below, pp. 924 and 1038.]